**FILED**

June 05, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
                    MAM
                                    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO: SA: 25-MJ-849-HJB** |
| | ) | |
| | ) | |
| **DAMIAN SOTO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## O R D E R

On this date, this Court considered the Government's Appeal of Order Setting Bond, Motion for de novo Detention Hearing, and Motion for Stay of Order Setting Bond. Having considered the Motion, the Court ORDERS that the motion is granted.

IT IS THEREFORE ORDERED that the Order Setting Bond is stayed,

IT IS FURTHER ORDERED that the Motion for a *de novo* Detention Hearing is granted and will be set at a later date pending the filing of the transcript of the Detention Hearing conducted on June 3, 2025.

SIGNED AND ENTERED this the __5th__ day of ___June_____ 2025.


_____
JASON K. PULLIAM
UNITED STATES DISTRICT JUDGE